IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00228-MR

| | |
|---|---|
| THE VILLAGE TAVERN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CATBIRD HOSPITALITY, LLC and ) | |
| JASON SAMUEL CANCILLA, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on August 19, 2021. [Doc. 1]. On October 15, 2021, the Clerk made an entry of default against the Defendants. Since that date, however, the Plaintiff appears to have made no effort to prosecute the action further.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendants. The Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Signed: December 2, 2021

Martin Reidinger
Chief United States District Judge