# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| The Village Tavern, Inc., | ) | DEFAULT JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00228-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason Samuel Cancilla, et al., | ) | |
| | ) | |
| Defendants. | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2022 Order.

August 16, 2022

Frank G. Johns, Clerk
United States District Court